# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Eriberto Galban Juarez, et al.
                                 Plaintiff,

v.                                           Case No.: 1:22−cv−05350
                                                           Honorable John F. Kness

Rozco Landscaping Co., et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 7, 2022:

       MINUTE entry before the Honorable John F. Kness: Plaintiffs' Motion to amend/correct complaint [2] is granted. The amended complaint must be filed forthwith as a separate docket entry. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.